# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, Regina Tuczak, on behalf of Policemen's Annuity and Benefit Fund of Chicago ("Chicago Police"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Chicago Police. I have reviewed the complaint and authorize its filing.

2. Chicago Police did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Chicago Police is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Chicago Police's transactions in the Navient Corp. securities that are the subject of this action are set forth in the chart attached hereto.

5. Chicago Police has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Manriquez v. Expedia, Inc.*, No. 13-cv-1535 (W.D. Wash.)
*International Union of Operating Engineers Local No. 478 Pension Fund v. FXCM, Inc.*, No. 15-3599 (S.D.N.Y.)

6. Chicago Police will not accept any payment for serving as a representative party on behalf of the Class beyond Chicago Police's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26 day of February, 2016.

Regina Tuczak
Executive Director
*Policemen's Annuity and Benefit Fund of Chicago*

**Policemen's Annuity and Benefit Fund of Chicago**
Transactions in Navient Corp. (NAVI)

### Common Stock: CUSIP 63938C108

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 5/5/2015 | 35,500 | 19.6199 |

### Bond: CUSIP 63938CAA6 (5% Senior Notes due 2020)

| Transaction | Date | Par Amount | Par Value |
|---|---|---|---|
| Purchase | 5/19/2015 | 370,000 | 98.98 |

### Bond: CUSIP 78442FEL8 (7.5% Notes due 2022)

| Transaction | Date | Par Amount | Par Value |
|---|---|---|---|
| Purchases | 6/2/2015 | 1,000,000 | 108.50 |
| Purchases | 6/3/2015 | 200,000 | 108.50 |
| Sales | 1/21/2016 | (500,000) | 88.00 |