IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE A. MENOLD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:16-cv-00075-GMS<br><br><u>CLASS ACTION</u> |
| TORE HEINZ MARKUS JAGRELIUS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:16-cv-00084-GMS<br><br><u>CLASS ACTION</u> |
| POLICEMEN'S ANNUITY & BENEFIT FUND OF CHICAGO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:16-cv-00112-GMS<br><br><u>CLASS ACTION</u> |

DECLARATION OF NORMAN M. MONHAIT IN SUPPORT OF THE MOTION OF THE CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

I, Norman M. Monhait, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of Delaware and this Court. I am a member of the law firm of Rosenthal, Monhait & Goddess, P.A. ("Rosenthal Monhait"), Local Counsel for proposed Lead Plaintiff The City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Miami Retirement Trust"). I make this declaration in support of Miami Retirement Trust's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as Lead Counsel.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Miami Retirement Trust's sworn Certification;

Exhibit B:   Chart of Miami Retirement Trust's Estimated Losses, prepared by counsel;

Exhibit C:   Notice of pendency of class action published on *PR Newswire*, a national business-oriented wire service, on February 12, 2016;

Exhibit D:   Robbins Geller Rudman & Dowd LLP firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of April, 2016, at Wilmington, Delaware.

*/s/ Norman M. Monhait*
NORMAN M. MONHAIT