**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GEORGE A. MENOLD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT CORPORATION, JOHN F. REMONDI, and SOMSAK CHIVAVIBUL,<br><br>Defendants. | Case No. 1:16-cv-00075-GMS<br><br>CLASS ACTION |
| TORE HEINZ MARKUS JAGRELIUS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT CORPORATION, JOHN F. REMONDI, and SOMSAK CHIVAVIBUL,<br><br>Defendants. | Case No. 1:16-cv-00084-GMS<br><br>CLASS ACTION |
| POLICEMEN'S ANNUITY & BENEFIT FUND OF CHICAGO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT CORPORATION, JOHN F. REMONDI, JOHN KANE, SOMSAK CHIVAVIBUL, WILLIAM M. DIEFENDERFER, III, ANN TORRE BATES, DIANE SUITT GILLELAND, LINDA MILLS, BARRY A. MUNITZ, STEVEN L. SHAPIRO, JANE J. THOMPSON, BARRY L. WILLIAMS, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK | Case No. 1:16-cv-00112-GMS<br><br>CLASS ACTION |

| |
|---|
| SECURITIES INC., J.P. MORGAN SECURITIES LLC, RBC CAPITAL MARKETS, LLC, BARCLAYS CAPITAL INC., GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBS SECURITIES INC., AND WELLS FARGO SECURITIES, LLC, |
| Defendants. |

## AVERMENT OF COUNSEL IN ACCORDANCE WITH LOCAL RULE 7.1.1

Steven E. Fineman*  
Joy A. Kruse*  
Daniel P. Chiplock*  
Michael J. Miarmi*  
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**  
250 Hudson Street, 8th Floor  
New York, NY 10013-1413  
Telephone: (212) 355-9500  
Facsimile: (212) 355-9592  
sfineman@lchb.com  
jakruse@lchb.com  
dchiplock@lchb.com  
mmiarmi@lchb.com  

Karen L. Morris (Del. Bar No. 2899)  
Patrick F. Morris (Del. Bar No. 3015)  
R. Michael Lindsey (Del. Bar No. 2711)  
**MORRIS AND MORRIS LLC COUNSELORS AT LAW**  
4001 Kennett Pike, Suite 300  
Wilmington, DE 19807  
Telephone: (302) 426-0400  
Facsimile: (302) 426-0406  
kmorris@morrisandmorrislaw.com  
pmorris@morrisandmorrislaw.com  
rmlindsey@morrisandmorrislaw.com  

*Counsel for Proposed Lead Plaintiff Lord Abbett Affiliated Fund, Inc., Lord Abbett Equity Trust – Lord Abbett Calibrated Mid Cap Value Fund, Lord Abbett Bond Debenture Fund, Inc., and Lord Abbett Investment Trust – Lord Abbett High Yield Fund (collectively, the "Lord Abbett Funds") and Proposed Lead Counsel for the Class*

*Liaison Counsel for the Lord Abbett Funds and Proposed Liaison Counsel for the Class*

* *Pro hac vice* application forthcoming

[Additional counsel listed on signature page]

Dated: April 11, 2016

To the extent Local Rule 7.1.1 applies, the undersigned, one of the attorneys for movants Lord Abbett Affiliated Fund, Inc., Lord Abbett Equity Trust – Lord Abbett Calibrated Mid Cap Value Fund, Lord Abbett Bond Debenture Fund, Inc., and Lord Abbett Investment Trust – Lord Abbett High Yield Fund (collectively, the "Lord Abbett Funds") hereby states that the statutory deadline for putative class members to move the Court for appointment as lead plaintiff in accordance with 15 U.S.C. § 78u- 4(a)(3)(A)(ii) has not yet passed and therefore movants are unable to identify potentially opposing parties prior to the filing of this motion. Accordingly, the Lord Abbett Funds respectfully request that the requirements of Local Rule 7.1.1 be deemed to have been satisfied here.

Dated: April 11, 2016                                    Respectfully submitted,

 

                                                                           /s/ R. Michael Lindsey

**LIEFF CABRASER HEIMANN**             Karen L. Morris (Del. Bar No. 2899)
**& BERNSTEIN, LLP**                           Patrick F. Morris (Del. Bar No. 3015)
Steven E. Fineman*                               R. Michael Lindsey (Del. Bar No. 2711)
Joy A. Kruse*                                         **MORRIS AND MORRIS LLC**
Daniel P. Chiplock*                                **COUNSELORS AT LAW**
Michael J. Miarmi*                               4001 Kennett Pike, Suite 300
250 Hudson Street, 8th Floor                 Wilmington, DE 19807
New York, NY  10013-1413                  Telephone: (302) 426-0400
Telephone:  (212) 355-9500                   Facsimile:  (302) 426-0406
Facsimile:   (212) 355-9592                   kmorris@morrisandmorrislaw.com
sfineman@lchb.com                                 pmorris@morrisandmorrislaw.com
jakruse@lchb.com                                   rmlindsey@morrisandmorrislaw.com
dchiplock@lchb.com
mmiarmi@lchb.com                               *Liaison Counsel for the Lord Abbett Funds and*
                                                                            *Proposed Liaison Counsel for the Class*

Richard M. Heimann*
Bruce W. Leppla*
Katherine C. Lubin*
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
rheimann@lchb.com
bleppla@lchb.com
klubin@lchb.com

*Counsel for the Lord Abbett Funds and Proposed Lead Counsel for the Class*

* *Pro hac vice* application forthcoming