**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GEORGE A. MENOLD, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>NAVIENT CORPORATION, JOHN F. REMONDI, and SOMSAK CHIVAVIBUL,<br><br>        Defendants. | Case No. 1:16-cv-00075-GMS<br><br>CLASS ACTION |
| TORE HEINZ MARKUS JAGRELIUS, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>NAVIENT CORPORATION, JOHN F. REMONDI, and SOMSAK CHIVAVIBUL,<br><br>        Defendants. | Case No. 1:16-cv-00084-GMS<br><br>CLASS ACTION |
| POLICEMEN'S ANNUITY & BENEFIT FUND OF CHICAGO, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>NAVIENT CORPORATION, JOHN F. REMONDI, JOHN KANE, SOMSAK CHIVAVIBUL, WILLIAM M. DIEFENDERFER, III, ANN TORRE BATES, DIANE SUITT GILLELAND, LINDA MILLS, BARRY A. MUNITZ, STEVEN L. SHAPIRO, JANE J. THOMPSON, BARRY L. WILLIAMS, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK | Case No. 1:16-cv-00112-GMS<br><br>CLASS ACTION |

| | |
|---|---|
| SECURITIES INC., J.P. MORGAN SECURITIES LLC, RBC CAPITAL MARKETS, LLC, BARCLAYS CAPITAL INC., GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, RBS SECURITIES INC., AND WELLS FARGO SECURITIES, LLC, | |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 7.1

| | |
|---|---|
| Steven E. Fineman* | Karen L. Morris (Del. Bar No. 2899) |
| Joy A. Kruse* | Patrick F. Morris (Del. Bar No. 3015) |
| Daniel P. Chiplock* | R. Michael Lindsey (Del. Bar No. 2711) |
| Michael J. Miarmi* | **MORRIS AND MORRIS LLC** |
| **LIEFF CABRASER HEIMANN** | **COUNSELORS AT LAW** |
| **& BERNSTEIN, LLP** | 4001 Kennett Pike, Suite 300 |
| 250 Hudson Street, 8th Floor | Wilmington, DE 19807 |
| New York, NY 10013-1413 | Telephone: (302) 426-0400 |
| Telephone: (212) 355-9500 | Facsimile: (302) 426-0406 |
| Facsimile: (212) 355-9592 | kmorris@morrisandmorrislaw.com |
| sfineman@lchb.com | pmorris@morrisandmorrislaw.com |
| jakruse@lchb.com | rmlindsey@morrisandmorrislaw.com |
| dchiplock@lchb.com | |
| mmiarmi@lchb.com | |
| | |
| *Counsel for Proposed Lead Plaintiff Lord Abbett Affiliated Fund, Inc., Lord Abbett Equity Trust – Lord Abbett Calibrated Mid Cap Value Fund, Lord Abbett Bond Debenture Fund, Inc., and Lord Abbett Investment Trust – Lord Abbett High Yield Fund (collectively, the "Lord Abbett Funds") and Proposed Lead Counsel for the Class* | *Liaison Counsel for the Lord Abbett Funds and Proposed Liaison Counsel for the Class* |

\* *Pro hac vice* application forthcoming

[Additional counsel listed on signature page]

Dated: April 11, 2016

In accordance with Federal Rule of Civil Procedure 7.1, this corporate disclosure statement is submitted by the undersigned counsel on behalf of Lord Abbett Affiliated Fund, Inc., Lord Abbett Equity Trust – Lord Abbett Calibrated Mid Cap Value Fund, Lord Abbett Bond Debenture Fund, Inc., and Lord Abbett Investment Trust – Lord Abbett High Yield Fund (collectively, the "Lord Abbett Funds" or "Funds").  The undersigned counsel, on behalf of the Lord Abbett Funds, certifies that (1) the Funds are nongovernmental entities that have no parent corporation, and (2) no publicly held corporation beneficially owns 10% or more of the outstanding shares of any of the Funds.

Dated:  April 11, 2016

Respectfully submitted,

___/s/ R. Michael Lindsey_____

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Steven E. Fineman*
Joy A. Kruse*
Daniel P. Chiplock*
Michael J. Miarmi*
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592
sfineman@lchb.com
jakruse@lchb.com
dchiplock@lchb.com
mmiarmi@lchb.com

Karen L. Morris (Del. Bar No. 2899)
Patrick F. Morris (Del. Bar No. 3015)
R. Michael Lindsey (Del. Bar No. 2711)
**MORRIS AND MORRIS LLC**
  **COUNSELORS AT LAW**
4001 Kennett Pike, Suite 300
Wilmington, DE 19807
Telephone: (302) 426-0400
Facsimile:  (302) 426-0406
kmorris@morrisandmorrislaw.com
pmorris@morrisandmorrislaw.com
rmlindsey@morrisandmorrislaw.com

*Liaison Counsel for the Lord Abbett Funds and Proposed Liaison Counsel for the Class*

Richard M. Heimann\*
Bruce W. Leppla\*
Katherine C. Lubin\*
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
rheimann@lchb.com
bleppla@lchb.com
klubin@lchb.com

*Counsel for the Lord Abbett Funds and Proposed Lead Counsel for the Class*

\* *Pro hac vice* application forthcoming