**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LORD ABBETT AFFILIATED FUND, INC., *et al.*, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>       v.<br><br>NAVIENT CORPORATION, *et al.*,<br><br>         Defendants. | C.A. 16-112-GMS |

**UNDERWRITER DEFENDANTS' JOINDER OF NAVIENT CORPORATION'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS BY NAVIENT CORPORATION AND THE INDIVIDUAL DEFENDANTS**

Defendants Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., J.P. Morgan Securities LLC, RBC Capital Markets, LLC, Barclays Capital Inc., Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, RBS Securities Inc., and Wells Fargo Securities, LLC ("Underwriter Defendants") respectfully submit that for the reasons set forth in Sections I, II, and IV of Navient Corporation's Reply Brief in Support of Motion to Dismiss by Navient Corporation and the Individual Defendants (D.I. 46) the Court should dismiss the claims against the Underwriter Defendants with prejudice.

                                                                        **ABRAMS & BAYLISS LLP**

                                                           */s/ John M. Seaman*
                                                          Kevin G. Abrams (Del. Bar No. 2375)
                                                          John M. Seaman (Del. Bar No. 3868)
                                                          Daniel R. Ciarrocki (Del. Bar No. 5412)
                                                          20 Montchanin Road, Suite 200
                                                          Wilmington, DE 19807
                                                          Telephone: (302) 778-1000
                                                          abrams@abramsbayliss.com
                                                          seaman@abramsbayliss.com
                                                          ciarrocki@abramsbayliss.com

Dated: January 30, 2017

**SHEARMAN & STERLING LLP**
Adam S. Hakki (admitted *pro hac vice*) Daniel C. Lewis (admitted *pro hac vice*)
Anthony D. Marinello (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY  10022-6069
Telephone:  (212) 848-4000
ahakki@shearman.com
daniel.lewis@shearman.com
anthony.marinello@shearman.com

*Attorneys for Defendants Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., J.P. Morgan Securities LLC, RBC Capital Markets, LLC, Barclays Capital Inc., Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, RBS Securities Inc., and Wells Fargo Securities, LLC*