THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORD ABBETT AFFILIATED FUND, INC., *et al.*, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NAVIENT CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:16-cv-00112-MN |

### DECLARATION OF JOEL FRIEDLANDER IN SUPPORT OF THE STIPULATION AND [PROPOSED] ORDER SUBSTITUTING LEAD COUNSEL

I, Joel Friedlander, declare as follows:

1. I am a member in good standing of the bars of the State of Delaware and of this Court. I am a partner in the law firm of Friedlander & Gorris, P.A. I submit this declaration in support of Lead Plaintiff Lord Abbett Affiliated Fund, Inc., Lord Abbett Equity Trust – Lord Abbett Calibrated Mid Cap Value Fund, Lord Abbett Bond Debenture Fund, Inc., and Lord Abbett Investment Trust – Lord Abbett High Yield Fund's Stipulation and [Proposed] Order Substituting Lead Counsel in the above-captioned action.

2. Attached as Exhibit A is the Firm Résumé of Bernstein Litowitz Berger & Grossmann LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of April 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Joel Friedlander