IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORD ABBETT AFFILIATED FUND, INC., et al., Individually and on Behalf of All Others Similarly Situated, </br></br>    Plaintiffs, </br></br>v. </br></br>NAVIENT CORPORATION, *et al.*, </br></br>    Defendants. | Civ. No. 16-112 (MN) </br> CONSOLIDATED |

## ORDER

For the reasons set forth in the Memorandum Opinion issued on this date, IT IS HEREBY ORDERED this 25th day of August 2020 that:

1. Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel (D.I. 104) is GRANTED-IN-PART and DENIED-IN-PART;

2. On or before September 1, 2020, the parties shall submit a proposed order that certifies the class, appoints class representatives, and appoints class counsel consistent with this Memorandum Opinion; and

3. Plaintiffs' Motion for Leave to File a Brief in Response to Defendants' Sur-Reply (D.I. 161) is DENIED as moot.

_____
The Honorable Maryellen Noreika
United States District Judge