**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LORD ABBETT AFFILIATED FUND, INC., *et al*., Individually and on Behalf of All Others Similarly Situated, | C.A. No. 16-112-MN |
| *Plaintiffs*, | Judge Maryellen Noreika |
| v. | **PUBLIC VERSION** |
| NAVIENT CORPORATION, *et al.*, *Defendants*. | **FILED AUGUST 24, 2021** |

**DECLARATION OF ROBERT F. KRAVETZ IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS
TO EXCLUDE TESTIMONY OF ANDREW MINTZER,
DR. NICHOLAS HILLMAN, AND STEVEN PULLY**

ROBERT F. KRAVETZ hereby declares, pursuant to 28 U.S.C. §1746, as follows:

1.      I am a trial counsel of the law firm Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), which represents the Court-appointed Lead Plaintiffs and Class Representatives Lord Abbett Affiliated Fund, Inc., Lord Abbett Equity Trust – Lord Abbett Calibrated Mid Cap Value Fund, Lord Abbett Bond-Debenture Fund, Inc., and Lord Abbett Investment Trust – Lord Abbett High Yield Fund (the "Lord Abbett Funds") in this Action. I am licensed to practice law in the Commonwealth of Pennsylvania and I am admitted to practice *pro hac vice* before this Court.

2.      I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motions To Exclude Testimony of Andrew Mintzer, Dr. Nicholas Hillman, and Steven Pully. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

3.      Attached as Exhibit 1 is a true and correct copy of the Expert Report of Andrew M. Mintzer, CPA-CFF, CFE, dated November 3, 2020.

4.      Attached as Exhibit 2 is a true and correct copy of the Expert Reply Report of Andrew M. Mintzer, CPA-CFF, CFE, dated January 21, 2021.

5.      Attached as Exhibit 3 is a true and correct copy of the version of FASB Accounting Standards Codification 310-10-S99 (ASC-310-10-S99) that was in existence during the Class Period.

6.      Attached as Exhibit 4 is a true and correct copy of the SEC Interpretive Release No. 33-8810 titled "Commission Guidance Regarding Management's Report on Internal Control Over Financial Reporting Under Section 13(a) or 15(d) of the Securities Exchange Act of 1934."

7.      Attached as Exhibit 5 is a true and correct copy of a document bearing the initial bates stamp NAV-LRD-ABT-003196896.

8.      Attached as Exhibit 6 is a true and correct copy of a document bearing the initial bates stamp KPMG-NAVIENT-0000273.

9.      Attached as Exhibit 7 are true and correct excerpts of the transcript of the deposition of Andrew M. Mintzer, CPA-CFF, CFE, taken on February 9, 2021.

10.      Attached as Exhibit 8 is a true and correct copy of the Expert Report of Michael Ussery, dated December 1, 2020.

11.      Attached as Exhibit 9 are true and correct excerpts of the transcript of the deposition of Michael Ussery, taken on February 12, 2021.

12.      Attached as Exhibit 10 is a true and correct copy of the Expert Report of Dr. Nicholas Hillman, dated November 3, 2020.

13.      Attached as Exhibit 11 is a true and correct copy of the Expert Reply Report of Dr. Nicholas Hillman, dated January 21, 2021.

14.     Attached as Exhibit 12 is a true and correct copy of the Supplemental Expert Report of Dr. Nicholas Hillman, dated May 28, 2021.

15.     Attached as Exhibit 13 is a true and correct copy of a February 27, 2020 letter correspondence from Jeremy P. Robinson to Christopher Turner.

16.     Attached as Exhibit 14 is a true and correct copy of email correspondence among counsel in this action

17.     Attached as Exhibit 15 is a true and correct copy of an email from counsel for Plaintiffs, Ryan Dykhouse, to counsel for Navient, dated September 21, 2020.

18.     Attached as Exhibit 16 is a true and correct copy of a document titled "Navient Use of Forbearance Site Visit Review," dated May 18, 2017, and introduced at the deposition of Donna Pfiester.

19.     Attached as Exhibit 17 is a true and correct copy of the Expert Report of David Madigan, Ph.D., dated November 3, 2020.

20.     Attached as Exhibit 18 is a true and correct copy of a September 23, 2020 email from Jeremy P. Robinson to Rebekah Soule and other counsel in this action.

21.     Attached as Exhibit 19 is a true and correct copy of an October 2, 2020 letter from Rebekah Soule to Jeremy P. Robinson and other counsel in this action.

22.     Attached as Exhibit 20 is a true and correct copy of the Rebuttal Expert Report of Dr. Xioaling Lim Ang, dated December 1, 2020.

23.     Attached as Exhibit 21 is a true and correct copy of a journal article published in "Evaluation and Program Planning," by Elsevier Ltd on July 18, 2017, titled "Values in evaluation – The use of rubrics," by Pauline Dickinson and Jefferey Adams.

24.     Attached as Exhibit 22 is a true and correct copy of pages 1292-1294 of the book Encyclopedia of Research Design, chapter titled "Rubrics," by Vicki L. Schmitt, published in 2012 by Sage Publications, Inc.

25.     Attached as Exhibit 23 are true and correct excerpts of the transcript of the deposition of Dr. Nicholas Hillman, taken on June 30, 2021.

26.     Attached as Exhibit 24 are true and correct excerpts of the transcript of the deposition of Jon Veenis, taken on June 19, 2021.

27.     Attached as Exhibit 25 is a true and correct copy of the Expert Report of Steven J. Pully, dated December 1, 2020.

28.     Attached as Exhibit 26 are true and correct excerpts of the transcript of the deposition of Stephen G. Ryan, taken on February 11, 2021.

29.     Attached as Exhibit 27 is a true and correct copy of a document bearing the initial bates stamp NAV-LRD-ABT-000101758, marked as Exhibit 137 at the deposition of Timothy Hynes.

30.     Attached as Exhibit 28 is a true and correct copy of a document bearing the initial bates stamp NAV-LRD-ABT-000101761, marked as Exhibit 138 at the deposition of Timothy Hynes.

31.     Attached as Exhibit 29 are true and correct excerpts of the transcript of the deposition of Nicholas Hillman, taken on July 12, 2021.

32.     Attached as Exhibit 30 is a true and correct copy of a spreadsheet bearing the initial bates stamp BLBG-HILLMAN-0000040, marked as Exhibit 679 at the July 12, 2021 deposition of Nicholas Hillman.

5

33.     Attached as Exhibit 31 is a true and correct copy of an email and an excerpt of the

attached spreadsheet (the "FAS-5 Risk Controls tab") bearing the initial bates stamp NAV-LRD-

ABT-003103343.

34.     Attached as Exhibit 32 is a true and correct copy of a July 19, 2021 letter

correspondence from Jeremy P. Robinson to Abid R. Qureshi.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: August 17, 2021                              By:     */s/ Robert F. Kravetz*
       New York, NY                                         Robert F. Kravetz